# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Diane Roper, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 3:06-CV-212 |
| | ) | (Shirley) |
| Liberty National Life Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The parties appear, by and through counsel, and announce to the Court that all matters in controversy herein have been satisfactorily resolved and that accordingly this litigation should be dismissed. Accordingly, it is ORDERED, ADJUDGED and DECREED that this cause be and the same is hereby dismissed with full and final prejudice to the refiling of the same.

IT IS FURTHER ORDERED that each party shall bear her or its own costs, including all discretionary costs and all attorney's fees.

**ENTER.**

                                                s/ C. Clifford Shirley, Jr.
                                                C. CLIFFORD SHIRLEY, U.S. Magistrate Judge

**APPROVED FOR ENTRY:**

ARNETT, DRAPER & HAGOOD


By: s/Jay W. Mader
    Lewis R. Hagood, BPR#001085
    Jay W. Mader, BPR #016199
    **Attorneys for Defendant**
    2300 First Tennessee Plaza
    Knoxville, TN 37929


LAW OFFICE OF BRANDY BOYD SLAYBAUGH


By: s/Ben H. Houston, II    (by JWM w/permission)
    Brandy B. Slaybaugh, Esq., BPR #023022
    Ben H. Houston, II., Esq., BPR #023695
    **Attorneys for Defendants**
    717 North Central Avenue
    Knoxville, Tennessee 37917